IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JANICE DENICE MOTLEY,**

    Plaintiff,

v.    Civil Action No. **3:11CV137**

**MS. BALDWIN,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on March 10, 2011, the Court conditionally docketed Plaintiff's action. At that time, the Court directed Plaintiff to affirm her intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with Court's order to return a consent to collection of fees form. As a result, she does not qualify for *in forma pauperis* status. Furthermore, she has not paid the statutory filing fee for the instant complaint. *See* 28 U.S.C. § 1914(a). Plaintiff's actions demonstrate a wilful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 5/6/11
Richmond, Virginia